# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

July 13, 2018

Via ECF
The Honorable P. Kevin Castel
United States District Judge
United States District Court

**Re:**   *Dan Gropper v. West Village LLC, The One Group, LLC, Bagatelle America LLC, Bagatelle Little West 12th LLC and JEC II, LLC*

**Docket No. 1:17-cv-01939 (PKC) (RLE)**

Dear Judge Castel:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for consenting to proceed before a Magistrate Judge from July 13, 2018 to August 3, 2018; and for the Court to direct to the Clerk of the Court to have a Magistrate Judge assigned to this case. Currently there is no Magistrate Judge assigned to this case because a new Magistrate Judge was not assigned after Magistrate Judge Ellis retired from the bench. The reason for the August 3, 2018 date is because defense counsel is out of the office until July 30, 2018.

Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

*[Handwritten annotation by Judge:]* Time to consent extended to August 3. A new magistrate judge will be designated under existing procedure when and if there is a referral (e.g. consent) to a Magistrate Judge. SO ORDERED, /s/ P. Kevin Castel, USDJ  7-16-18